JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM SMITH, | ) | NO. CV 21-7740-VAP(E) |
| | ) | |
|        Petitioner, | ) | |
| | ) | |
|   v. | ) | JUDGMENT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|        Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 13, 2022.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE